IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brownlee, James | Case Number: 08 B 12800 |
| | Judge: Hollis, Pamela S |
| Printed: 12/10/08 | Filed: 5/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,866.00 | |
| Secured: | | 860.65 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,750.92 |
| Trustee Fee: | | 254.43 |
| Other Funds: | | 0.00 |
| Totals: | 3,866.00 | 3,866.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,004.00 | 2,750.92 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Credit Acceptance Corp | Secured | 2,000.00 | 860.65 |
| 5. | Bank Of New York | Secured | 17,000.00 | 0.00 |
| 6. | Internal Revenue Service | Priority | 11,363.71 | 0.00 |
| 7. | Michael Olden MD | Unsecured | 10.16 | 0.00 |
| 8. | Lake Imaging LLC | Unsecured | 3.80 | 0.00 |
| 9. | Credit Acceptance Corp | Unsecured | 229.12 | 0.00 |
| 10. | Illinois Dept Of Public Aid | Priority | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | CB Accounts | Unsecured | | No Claim Filed |
| 13. | Blue Island Radiology Consult | Unsecured | | No Claim Filed |
| 14. | Bud's Ambulance | Unsecured | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Diversified Collection Service | Unsecured | | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 18. | St Francis Hospital | Unsecured | | No Claim Filed |
| 19. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | Sauk Village Police Dept | Unsecured | | No Claim Filed |
| 22. | MCI | Unsecured | | No Claim Filed |
| 23. | T Mobile USA | Unsecured | | No Claim Filed |
| | | | $ 33,610.79 | $ 3,611.57 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brownlee, James

Printed: 12/10/08

Case Number:  08 B 12800
Judge:  Hollis, Pamela S
Filed:  5/20/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 47.88 |
| 6.6% | 206.55 |
|  | $ 254.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

